Form 210A (10/06)

# United States Bankruptcy Court

Nevada-Las Vegas

In re  TODD KELLING ,                                    Case No. 11-16155

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Real Time Resolutions, Inc | JPMorgan Chase Bank, National Association |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Real Time Resolutions, Inc
1750 Regal Row, Suite 120
Dallas, TX 75235-2287

Phone: (877)340-9141
Last Four Digits of Acct #:  0964

Court Claim # (if known):  14

Amount of Claim:   32,403.77
Date Claim Filed:  10/17/2011

Phone: (  )  -
Last Four Digits of Acct #:  0964

Name and Address where transferee payments should be sent (if different from above):
Real Time Resolutions, Inc
P.O. Box 35888
Dallas, TX 75235-0888

Phone: 214-599-6433

Last Four Digits of Acct #:  0964

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Cynthia Allman                                    Date: 12/20/2011
   Transferee/Transferee's Agent

*Penalty for making a false statement:*   Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

Nevada-Las Vegas

In re  TODD KELLING ,                                Case No. 11-16155

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Real Time Resolutions, Inc | JPMorgan Chase Bank, National Association |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Real Time Resolutions, Inc
1750 Regal Row, Suite 120
Dallas, TX 75235-2287

Phone: (877)340-9141
Last Four Digits of Acct #:  0964

Court Claim # (if known):  14

Amount of Claim:  32,403.77
Date Claim Filed:  10/17/2011

Phone: (  )  -
Last Four Digits of Acct #:  0964

Name and Address where transferee payments should be sent (if different from above):
Real Time Resolutions, Inc
P.O. Box 35888
Dallas, TX 75235-0888

Phone: 214-599-6433

Last Four Digits of Acct #:  0964

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Cynthia Allman                                Date: 12/20/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.